| Judge | Timothy W. Dore |
|---|---|
| Chapter | 13 |
| Hearing Date | May 4, 2016 |
| Hearing Time | 9:30 a.m. |
| Hearing Site | Seattle, Room 8106 |
| Response Date | 7 DAYS FROM FILING |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Richard Baryagar Roberts,

              Debtor.

NO. 15-16966-TWD

MOTION TO DISMISS CHAPTER 13 CASE

## I.   NOTICE OF HEARING

PLEASE TAKE NOTICE that Debtor's Motion to Dismiss Chapter 13 Case IS SET FOR HEARING as follows:

JUDGE: Timothy W. Dore

PLACE:  U.S. Courthouse
             700 Stewart Street, Room 8106
             Seattle, WA 98101-1271

TIME:  9:30 a.m.

DATE: May 4, 2016

    IF YOU OPPOSE the Motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is seven days from the filing of this motion.

    **IF NO RESPONSE IS FILED WITHIN 7 DAYS OF THE FILING OF THIS MOTION, AN EX PARTE ORDER WILL BE SUBMITTED AND THE HEARING SHALL BE STRICKEN.**

MOTION TO DISMISS CHAPTER 13 CASE - 1



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE, WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

## II. MOTION TO DISMISS CHAPTER 13 CASE

COMES NOW, the Debtor in the above case, Richard Baryagar Roberts, by and through his attorney of record, Kathleen S. Box, pursuant to 11 USC §1307(b), and hereby elects to be dismissed from the above-captioned case. The Debtor is entitled to dismiss his case because the case was commenced by the filing of a Chapter 13 bankruptcy on November 25, 2016 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

Wherefore, the Debtor, Richard Baryagar Roberts, requests that his bankruptcy case be dismissed without prejudice.

DATED this 31st day of March, 2016.

/s/ Kathleen S. Box
Kathleen S. Box      WSBA #45254
Attorney for Debtor

MOTION TO DISMISS CHAPTER 13 CASE - 2



Leen & O'Sullivan, PLLC
520 EAST DENNY WAY SEATTLE, WASHINGTON 98122
(206) 325-6022
FAX (206) 325-1424

Case 15-16966-TWD    Doc 26    Filed 03/31/16    Ent. 03/31/16 11:18:24    Pg. 2 of 2